

U.S. Department of Justice

United States Attorney
District of Arizona

| | |
|---|---|
| 123 N. San Francisco St. Suite 410<br>Flagstaff, AZ 86001 | Main: (928) 556-0833<br>Office Fax: (928) 556-0759 |

July 16, 2015

Honorable Deborah M. Fine
United States Magistrate Judge
123 N. San Francisco Street, Suite 200
Flagstaff, Arizona 86001

    Re:   Viktor Lisnyak

Dear Magistrate Judge Fine:

This case has been or may be assigned to you. We have carefully reviewed all the available records in the office, including the computer data, and determined that:

\_ CONFLICT EXISTS
    To the best of our knowledge, the case or matter was handled in the Federal Defender's office or the defendant was in a different case or matter handled in the Federal Defender's office during the time period of June 1, 1992, to August 31, 1994, or from April 1, 2005, to May 1, 2015.

**X** **CONFLICT DOES NOT EXIST.**

    Please feel free to contact me with any questions. Thank you.

                                   Sincerely,

                                   JOHN S. LEONARDO
                                   United States Attorney
                                   District of Arizona

                                   Camille D. Bibles
                                   Assistant United States Attorney