# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

Plaintiff(s)/Petitioner(s),
vs.
United States of America
- against--
Viktor Lisnvak
Defendant(s)/Respondent(s)

CASE NO: 3:15-mj-

Application of Attorney For Admission To Practice Pro Hac Vice Pursuant to LRCiv 83.1(b)(2)

FILED ✓   LODGED ___
RECEIVED ___   COPY ✓

JUL 2 1 2015

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

## NOTICE: $35.00 APPLICATION FEE REQUIRED!

I, __Joseph Potashnik__, hereby apply to the Court under LRCiv 83.1(b)(2) for pro hac vice admission to appear and practice in this action on behalf of __Viktor Lisnyak__.

**City and State of Principal Residence:** Woodmere, New York
**Firm Name:** Joseph Potashnik & Associates
**Address:** 90 Broad St, 9th Floor     **Suite:** 901
**City:** New York     **State:** NY     **Zip:** 10004
**Firm/Business Phone:** (212) 577-6677
**Firm Fax Phone:** (212) 227-5602     **E-mail Address:** jp@jpolawfirm.com

I am admitted to practice before the following courts. (attach additional sheets if necessary)

| TITLE OF COURT | DATE OF ADMISSION | IN GOOD STANDING? |
|---|---|---|
| Eastern District of New York | 11/09/2007 | ● Yes   ○ No* |
| U.S. District Court of New Jersey | 08/03/2006 | ● Yes   ○ No* |
| New York, NYS | 03/2007 | ● Yes   ○ No* |

* Explain:

(An **Original** Certificate of Good Standing from a **FEDERAL BAR** in which an applicant has been admitted dated no more than 45 days prior to submission of this application is required.)

I have concurrently, or within 1 year of this application, made *pro hac vice* applications to this Court in the following actions (attach additional sheets if necessary):

| Case Number | Title of Action | Date Granted or Denied* |
|---|---|---|
| | | |
| | | |
| | | |

* Explain:

### ALL APPLICANTS ARE REQUIRED TO ANSWER THE FOLLOWING QUESTIONS.
*If you answer YES to either of the following questions, please explain all circumstances on a separate page.*

Are you currently the subject of a disciplinary investigation or proceeding by any Bar or Court?   ○ Yes   ● No
Have you ever been disbarred from practice in any Court?   ○ Yes   ● No

*SEE ATTACHED*

I declare under penalty of perjury that the foregoing is true and correct; that I am not a resident of, nor am I regularly employed, engaged in business, professional or other activities in the State of Arizona; and that I am not currently suspended, disbarred or subject to disciplinary proceedings in any court. I certify that I have read and will ascribe to the Standards for Professional Conduct, will comply with the Rules of Practice of the United States District Court for the District of Arizona ("Local Rules"), and will subscribe to receive court notices as required by LRCiv 83.1(c).

7-20-15
**Date**
**Fee Receipt #** PHX160833

**Signature of Applicant**

(Rev. 04/12)

**JOSEPH POTASHNIK AND ASSOCIATES, P.C.**
ATTORNEYS AT LAW
90 BROAD STREET, 9 FLOOR
NEW YORK NEW YORK 10004
Tel. (212) 577-6677• Fax (212) 227-5602 • Email:jp@jpdefense.com

July 20, 2014

Re: Application of Attorney For Admission To Practice Pro Hac Vice, US v. Viktor Lisnyak

To Whom It May Concern:

Dear Sir or Madam:

    I am writing to supplement the question regarding whether I am subject to disciplinary investigation, to which I answered no. I do not believe that I am subject to a disciplinary investigation, however, in an abundance of caution, I am informing you that in 2013 a former client filed a civil malpractice action against me and filed a simultaneous complaint with the Disciplinary Committee of New York Supreme Court, Appellate Division, First Judicial Department. The civil matter is still pending. On March 10, 2015 the Committee informed me that further investigation had been deferred pending litigation and that the matter was administratively closed. I have been advised that that the Committee would notify me if it determines at a later date to re-activate the investigation.

    If you have any questions, please feel free to contact me.

Sincerely,

Joseph Potashnik

# UNITED STATES DISTRICT COURT

__Eastern__    DISTRICT OF    __New York__

**CERTIFICATE OF
GOOD STANDING**

I, __Douglas C. Palmer__, *Clerk of this Court,*

*certify that* __Joseph Potashnik__, *Bar* ------------------------------- ,

*was duly admitted to practice in this Court on*

__November 9, 2007__, *and is in good standing*
DATE

*as a member of the Bar of this Court.*

Dated at __Brooklyn, N.Y.__ on __July 20, 2015__ .
LOCATION                                    DATE

__Douglas C. Palmer__    __David Afrani__
CLERK                     DEPUTY CLERK