```
                                          ┌─────────────────────────────┐
                                          │ ✓ FILED      ___ LODGED     │
                                          │ ___ RECEIVED ___ COPY       │
                                          │                             │
                                          │     JUL 21 2015             │
                                          │                             │
                                          │ CLERK US DISTRICT COURT     │
                                          │ DISTRICT OF ARIZONA         │
                                          │ BY              DEPUTY      │
                                          └─────────────────────────────┘
```

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | NO. CR-15-8156-PCT-SPL (ESW) |
| Plaintiff, | |
| vs. | **INDICTMENT** |
| Viktor Lisynak, | VIO: 18 U.S.C. § 875(c) (Interstate Threats) Counts 1-5 |
| Defendant. | |

THE GRAND JURY CHARGES:

### COUNT 1

On or about April 15, 2015, in the District of Arizona, the defendant, VIKTOR LISNYAK, did knowingly and willfully transmit in interstate and foreign commerce, from the State of New York, to the State of Arizona, a telephonic communication to Marshall Elementary School in Flagstaff, Arizona, and the telephonic communication contained a threat to injure another person, that is, "I want to hurt hundreds of children. I'm in the building. I have a gun."

In violation of Title 18, United States Code, Section 875(c).

### COUNT 2

On or about April 16, 2015, in the District of Arizona, the defendant, VIKTOR LISNYAK, did knowingly and willfully transmit in interstate and foreign commerce, from the State of New York, to the State of Arizona, a telephonic communication to Knoles Elementary School in Flagstaff, Arizona, and the telephonic communication contained a

threat injure another person, that is, "I want to come into your school and kill children."

In violation of Title 18, United States Code, Section 875(c).

## COUNT 3

On or about April 20, 2015, in the District of Arizona, the defendant, VIKTOR LISNYAK, did knowingly and willfully transmit in interstate and foreign commerce, from the State of New York, to the State of Arizona, a telephonic communication to Mount Elden Middle School in Flagstaff, Arizona, and the telephonic communication contained a threat to injure another person, that is, "I can see children! I'm going to kill children! I am in the school and I want to kill myself."

In violation of Title 18, United States Code, Section 875(c).

## COUNT 4

On or about April 20, 2015, in the District of Arizona, the defendant, VIKTOR LISNYAK, did knowingly and willfully transmit in interstate and foreign commerce, from the State of New York, to the State of Arizona, a telephonic communication to Flagstaff Cooperative Preschool within Marshall Elementary School in Flagstaff, Arizona, and the telephonic communication contained a threat to injure another person, that is, "I want to kill hundreds of children. I want to kill hundreds of children. I am in the school and I want to kill myself."

In violation of Title 18, United States Code, Section 875(c).

## COUNT 5

On or about May 7, 2015, in the District of Arizona, the defendant, VIKTOR LISNYAK, did knowingly and willfully transmit in interstate and foreign commerce, from the State of New York, to the State of Arizona, a telephonic communication to Mount Elden Middle School in Flagstaff, Arizona, and the telephonic communication contained a threat to injure another person, that is, "I'm going to kill myself, I'm going to kill your children, and I'm on the roof of your school." The threat included that the caller possessed firearms and an "attack was imminent."

In violation of Title 18, United States Code, Section 875(c).

A TRUE BILL

*s/*
FOREPERSON OF THE GRAND JURY
Date: July 21, 2015

JOHN S. LEONARDO
United States Attorney
District of Arizona

*s/*
CAMILLE D. BIBLES
DIMITRA H. SAMPSON
Assistant U.S. Attorneys