# UNITED STATES DISTRICT COURT
for the
District of Arizona

16 JUL '15 AM10:37

| United States of America | ) |
| --- | --- |
| v. | ) |
| Viktor Lisnyak | ) Case No. 15-04179MJ-PCT-DMF |
| | ) |
| Defendant | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Viktor Lisnyak ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☑ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

18 USC 875(c) - Interstate Communications and Threats

Date: 07/16/2015

*Issuing officer's signature*

City and state: Flagstaff, Arizona

Deborah M. Fine, Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 7-16-2015 , and the person was arrested on *(date)* 7-17-2015
at *(city and state)* Staten Island, NY .

Date: 8-5-2015

For FBI
*Arresting officer's signature*

Deputy Jonathan Kof
*Printed name and title*