# UNITED STATES DISTRICT COURT
for the
District of Arizona

## NOTICE REGARDING UNITED STATES PASSPORT FOR CRIMINAL DEFENDANT

**TO:** Office of Legal Affairs, Passport Services
U.S. Department of State
CA/PPT/L/LA
44132 Mercure Circle #1227
Sterling, VA 20166-1227

**FROM:** United States Pretrial Services
Sandra Day O'Connor Courthouse, Suite 260
401 W. Washington Street, SPC 8
Phoenix, Arizona 85003-2119
(602) 322-7350
Fax: (602) 322-7380

### Disposition Notice

**Date:** February 12, 2018
**By:** Veronica Espinosa

---

**Defendant:** Viktor Lisnyak
**Date of Birth:** _____
**SSN:** _____

**Case Number:** 0970 3:15CR08156
**Place of Birth:** Minsk, Belarus

---

**Notice of Court Order** (Order Date: February 12, 2018)

☒ The above-named defendant is not permitted to apply for the issuance of a passport and/or passport card during the pendency of this action.

☒ The above-named defendant surrendered Passport number XXXX00660 to the custody of the U.S. Pretrial Services on December 16, 2015.

## NOTICE OF DISPOSITION
The above case has been disposed of.

☒ The above order of the court is no longer in effect.

☐ Defendant not convicted – Document returned to defendant.

☐ Defendant not convicted – Document enclosed for further investigation due to evidence that the document may have been issued in a false name.

☒ Defendant convicted – Document and copy of judgment enclosed.

---

### Distribution:
Original to case file
Department of State
Defendant *(or representative)*
Clerk of Court